# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
## Marshall DIVISION

| | | |
|---|---|---|
| Fractus, S.A. | § § § § § | |
| vs. | § § § | Case: 2:19-cv-255-JRG |
| T-Mobile US, Inc. et al | § § § § § | |

## ORDER TO PURCHASE JURY MEALS

In the interest of justice, jurors are ordered to remain together during breaks and meals in the above-mentioned case during deliberations. The deputy-in-charge or courtroom deputy is authorized to purchase meals for sequestered __8__ jurors until a verdict is rendered to this Court.

**So ORDERED and SIGNED this 1st day of October, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE