# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FRACTUS, S.A.,<br><br>    Plaintiff,<br><br>v.<br><br>COMMSCOPE TECHNOLOGIES, LLC<br><br>    Intervenor-Defendant.<br><br>T-MOBILE US, INC. ET AL.<br><br>    Defendants.<br><br>VERIZON COMMUNICATIONS INC. ET AL.,<br><br>    Defendants. | JURY TRIAL DEMANDED<br><br><br>Case No. 2:18-cv-00135-JRG<br>LEAD CASE<br><br>Case No. 2:18-cv-00137-JRG<br>MEMBER CASE<br><br>Case No. 2:18-cv-00138-JRG<br>MEMBER CASE<br><br><br>Case No. 2:19-cv-255-JRG<br>SEVERED CASE |

## JOINT NOTICE OF PROPOSED FINAL JURY INSTRUCTIONS AND VERDICT FORM

Pursuant to the Court's Order at Trial on October 4, 2019, Plaintiff Fractus, S.A. and Defendants T-Mobile US, Inc.; T-Mobile USA, Inc. ("T-Mobile"); Cellco Partnership d/b/a Verizon Wireless ("Verizon"); and Intervenor-Defendant CommScope Technologies LLC ("CommScope") (collectively, "the Parties"), hereby submit a joint notice regarding the Parties' Proposed Final Jury Instructions and Verdict Form, attached hereto as Exhibit A and B, respectively.

DATED:  October 7, 2019

                                              Respectfully submitted,

                                              By */s/    Eric H. Findlay*
                                              Eric H. Findlay
                                              State Bar No. 00789886
                                              Brian Craft
                                              State Bar No. 04972020
                                              FINDLAY CRAFT, P.C.
                                              102 N. College Ave., Ste. 900
                                              Tyler, TX 75702

(903) 534-1100 Telephone
(903) 534-1137 Facsimile
efindlay@findlaycraft.com
bcraft@findlaycraft.com

OF COUNSEL:

Derek Vandenburgh
Philip P. Caspers
Timothy A. Lindquist
Dennis C. Bremer
Iain A. McIntyre
Bradley W. Micsky
Caroline L. Marsili
CARLSON, CASPERS, VANDENBURGH
& LINDQUIST, P.A**.**
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
(612) 436-9600 Telephone
(612) 436-9605 Facsimile
DVandenburgh@carlsoncaspers.com
pcaspers@carlsoncaspers.com
tlindquist@carlsoncaspers.com
dbremer@carlsoncaspers.com
imcintyre@carlsoncaspers.com
bmicsky@carlsoncaspers.com
cmarsili@carlsoncaspers.com

*Attorneys for Intervenor CommScope Technologies LLC*

/s/ Brady Cox
Brady Cox (TX Bar No. 24074084)
Michael J. Newton (TX Bar No. 24003844)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Phone:   (214) 922-3400
Fax:       (214) 922-3899
Email:   mike.newton@alston.com
Email:   brady.cox@alston.com

2

Ross R. Barton (NC Bar No. 37179)
J. Ravindra Fernando (NC Bar No. 49199)
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, North Carolina 28280
Phone:  (704) 444-1000
Fax:     (704) 444-1111
Email:   ross.barton@alston.com
Email:   ravi.fernando@alston.com

Darlena H. Subashi (NC Bar No. 53142)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Phone:  (212) 210-9400
Fax:     (212) 210-9444
Email:   darlena.subashi@alston.com
*Admitted to practice in NC and MA only.

Michael E. Jones (TX Bar No. 10929400)
POTTER MINTON, a Professional
Corporation
110 North College Avenue, Suite 500
Tyler, TX 75702
Phone:  903-597-8311
Fax:     903-593-0846
Email:   mikejones@potterminton.com

Maximilian A. Grant (DC Bar No. 481610)
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, D.C. 20004
Phone:  (202) 637-2200
Fax:     (202) 637-2201
Email: max.grant@lw.com

Richard G. Frenkel (CA Bar No. 204133)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California, 94025
Phone:  (650) 328-4600
Fax:     (650) 463-2600
Email: rick.frenkel@lw.com

***Attorneys for Defendant Cellco Partnership***

*d/b/a Verizon Wireless*

*/s/ Sarah J. Guske*
Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903.934.8450
Facsimile: 903.934.9257
melissa@gillamsmithlaw.com

Douglas M. Kubehl
Texas State Bar No. 00796909
Jeffery D. Baxter
5 Texas State Bar No. 24006816
David Tobin
Texas State Bar No. 24060735
Cason G. Cole
Texas State Bar No. 24109741
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503
doug.kubehl@bakerbotts.com
jeff.baxter@bakerbotts.com
david.tobin@bakerbotts.com

Sarah J. Guske
California State Bar No. 232467
**BAKER BOTTS L.L.P.**
101 California St.
San Francisco, CA 94111
Telephone: (415) 291-6200
Facsimile: (214) 953-6503
sarah.guske@bakerbotts.com

Valerie Barker
Texas State Bar No. 24087141
Syed K. Fareed
Texas State Bar No. 24065216
Bailey Morgan Watkins
Texas State Bar No. 24102244
**BAKER BOTTS L.L.P.**
98 San Jacinto Blvd #1500

Austin, TX 78701
Telephone: (512) 322-2500
Facsimile: (214) 953-6503
valerie.barker@bakerbotts.com
syed.fareed@bakerbotts.com
bailey.watkins@bakerbotts.com

***ATTORNEYS FOR T-MOBILE USA, INC., and T-MOBILE US, INC.***

**KOBRE & KIM LLP**

*/s/ Michael Ng*
Michael Ng
California State Bar No. 237915 (Lead Attorney)
Daniel A. Zaheer
California State Bar No. 237118
Alexandra Fellowes
California State Bar No. 261929
Michael M. Rosen
California State Bar No. 230964
Luke J. Burton
California State Bar No. 301247
michael.ng@kobrekim.com
daniel.zaheer@kobrekim.com
alexandra.fellowes@kobrekim.com
michael.rosen@kobrekim.com
luke.burton@kobrekim.com
**KOBRE & KIM LLP**
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: 415-582-4800
Facsimile: 415-582-4811


Hugham Chan
Washington DC Bar No. 1011058
**KOBRE & KIM LLP**
1919 M Street, NW
Washington, DC 20036
Telephone: 202-664-1956
Facsimile: 202-510-2993
E-mail:hugham.chan@kobrekim.com

5

Adriana Riviere-Badell
Florida State Bar No. 30572
**KOBRE & KIM LLP**
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Telephone: 305-967-6100
Facsimile: 305-967-6120
E-mail: adriana.riviere-badell@kobrekim.com

S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770

T. John Ward Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea L. Fair
Texas State Bar No. 24078488
jw@jwfirm.com
claire@wsfirm.com
andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, TX 75606
Telephone: 903-757-6400
Facsimile: 903-757-2323

*Attorneys for Plaintiff Fractus, S.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 7th day of October, 2019, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Eric H. Findlay*
Eric H. Findlay
